| PROB 22 (Rev 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| DWB/pcd | TRANSFER OF JURISDICTION **CR 05 639** | 00CR00198-003 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Hui Sik Yim<br>52-23 72nd Street<br>Maspeth, New York 11378 | Western | New York |
| | NAME OF SENTENCING JUDGE | |
| | Richard J. Arcara, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/30/04 | TO 07/29/07 |

| OFFENSE |
|---|
| Conspiracy to Transporting Aliens Within the United States |

ROSS, J.

POHORELSKY, M.J.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

AUG 3 0 2005

BROOKLYN OFFICE

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York__

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Aug 3 2005_                        _[signature]_
DATE                                    UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __New York__

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____             _____
EFFECTIVE DATE                      UNITED STATES DISTRICT JUDGE

MEMORANDUM
TO ROBERT C. HEINEMANN
Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 29 2005 ★
BROOKLYN OFFICE

**CR 05   639**

RE: Hui Sik Yim
Dkt. No.: 1:00CR198-003
Transfer of Jurisdiction Request

ROSS, J.

POHORELSKY, M.J

On July 30, 2004, the Honorable Richard J. Arcara, U.S. District Judge for the Western District of New York, sentenced the above-noted offender to thee years probation and $100.00 special assessment fee. The following special conditions of probation were imposed; 1) The defendant shall be confined to his residence for a period of four months with the electronic device and he shall pay the cost of the electronic monitoring; 2) The defendant shall refrain from all gambling activities, legal or otherwise. He shall receive treatment for gambling with the approval of the Probation Office; 3) The defendant is prohibited from incurring any form of debt including, but not limited to the use of existing credit cards, new credit cards, lines of credit, mortgages or private loans without the approval of the Probation Office. This sentence followed the offender's guilty plea on November 26, 2003, to Conspiracy to Transporting Aliens Within the United States, in violation of 8 U.S.C. §1324(a)(1)(A)(v)(I), and 8 U.S.C. § 1324(a)(1)(B)(i), a Class D felony.

The offender began his term of probation in the Eastern District of New York on August 2, 2004, and his term of probation is scheduled to expire on July 29, 2007.

On August 3, 2005, as indicated on the attached Transfer of Jurisdiction Form (Prob 22), the U.S. Probation Office for Western District of New York initiated transfer of jurisdiction of the above captioned offender to this district based upon the offender's residence in Queens, New York. We respectfully request that this case be assigned to a U.S. District Judge of the Eastern District of New York. If additional information is required, please contact the undersigned officer at (347)534-3670.

RESPECTFULLY SUBMITTED

TONY GAROPPOLO
Chief U.S. Probation Officer

Prepared by: _____
Marline Aurelus
U.S. Probation Officer

Approved by: _____
Arthur M. Swasey
Supervising U.S. Probation Officer

MA
Attachments

August 24, 2005